NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHARP ELECTRONICS CORPORATION,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2012-1299

---

Appeal from the Armed Services Board of Contract Appeals in no. 57583, Administrative Judge John J. Thrasher.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Sharp Electronics Corporation's ("Sharp") unopposed motion pursuant to Federal Circuit Rule 30(a)(E) for leave to include in the appendix certain briefs and memoranda in their entirety,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 4 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Andrew Wible, Esq.
    Nicholas K. Jabbour, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 4 2012

JAN HORBALY
CLERK